1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

United States of America,

                Plaintiff(s),

    vs.

Jared Wolkowski,

                Defendant(s).

) 
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:16-cr-166-APG-GWF

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

_____ Victor Sherman _____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____ Law Offices of Victor Sherman _____
                         (firm name)

with offices at _____ 2115 Main Street _____,
                      (street address)

_____ Santa Monica _____, California     ,   90405  ,
      (city)              (state)        (zip code)

_____ 310-399-3259 _____, _____ ssvictor@aol.com _____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____ Jared Wolkowski _____ to provide legal representation in connection with
            [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____ 1965 _____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC for the Central District of Calif. | 1966 | 38483 |
| Ninth Circuit Court of Appeals | 1966 | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

Yes

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  STATE OF _California_ ▾  )

5  COUNTY OF _Los Angeles_  )

6

7  _Victor Sherman_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9

10  Subscribed and sworn to before me this

11  _28th_____ day of _June, 2016_

12

13

14  Notary Public or Clerk of Court

   Lori Decker Stanton

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
   **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate _____Robert DeMarco_____,

19  (name of local counsel)

   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

   said designated Nevada counsel is:

22

23  _____520 South Fourth Street_____,
   (street address)

24

25  _____Las Vegas_____, _Nevada_____ ▾, _89101_,
   (city)            (state)         (zip code)

26  _____702-384-5563_____, _____rdemarco@cslawoffice.net_____.
   (area code + telephone number)    (Email address)

27

28                        4                    Rev. 5/16

Petitioner's signature (×2)

LORI DECKER STANTON
Commission # 2035041
Notary Public - California
Los Angeles County
My Comm. Expires Jul 29, 2017

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ Robert DeMarco _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
   (name of local counsel)

9

10  _____

11  (party's signature)

    Jared Wolkowski

12  _____
    (type or print party name, title)

13  _____

14  (party's signature)

15  _____

16  (type or print party name, title)

17  ## CONSENT OF DESIGNEE
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19  _____

20  Designated Resident Nevada Counsel's signature

21  /2359          rdemarco@cslawoffice.net

22  Bar number          Email address

23

24  APPROVED:

    Dated:  July 11, 2016.

25

26  _____

27  UNITED STATES DISTRICT JUDGE

28                           5                          Rev. 5/16

# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 29, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, VICTOR SHERMAN, #38483 was admitted to the practice of law in this state by the Supreme Court of California on April 4, 1966; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records